UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRYAN CARY,<br><br>          Plaintiff,<br><br>vs.<br><br>CROOMS, CORRECTIONS OFFICER; WINTER, SGT.; AND DOUGLAS SMITH, DEPUTY WARDEN;<br><br>          Defendants. | 2:18-CV-10918-TGB<br><br>ORDER VACATING NOTICE OF REFERRAL AND RESCINDING REFERENCE TO UNITED STATES MAGISTRATE JUDGE |

IT IS HEREBY ORDERED that the Notice of Referral to Magistrate Judge [Dkt. 19] is VACATED and the reference of this case to the Magistrate Judge is RESCINDED.

DATED this 28th day of February, 2019.

                                        BY THE COURT:

                                        /s/Terrence G. Berg
                                        TERRENCE G. BERG
                                        United States District Judge